**Order entered December 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01684-CV

**GLYNNWOOD BOWMAN, INDIVIDUALLY, ET AL., Appellants**

**V.**

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A
THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO
JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR RAMP 2006RS4, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-01134**

## ORDER

We **GRANT** appellants' December 10, 2013 motion for an extension of time to file a notice of appeal. The notice of appeal filed by appellants on December 8, 2013 is deemed timely for jurisdictional purposes.

/s/     ADA BROWN
JUSTICE